UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,   :
                  :
        v.         :
                  :
Kiadda Kendall,       :    Docket No. 3:01CR57 (AHN)
                  :
    and           :
                  :
Volvo of Westport     :
556 Post Road East    :
Westport, CT 06880    :
          Garnishee.  :

### DEFENDANT'S REQUEST FOR HEARING
### ON WAGE GARNISHMENT

If you believe that the amount of your nonexempt earnings has been incorrectly calculated for this pay period or that no amount should be withheld because the garnishment or judgment is invalid, satisfied, or superseded, or because you claim an exemption, you may request a hearing within twenty (20) days after being served with the Writ of Garnishment or twenty(20) days after receiving your employer's Answer, which computes your nonexempt earnings. You may request a hearing by filing a written Request with the Clerk of the Court, United States District Court, District of Connecticut, or by completing pages 2 and 3 of this form and mailing this entire form to the Clerk, United States District Court, District of Connecticut. A copy of your request for hearing form must also be mailed to the United States of America and the Garnishee, Volvo of Westport.

The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

I request a hearing for the following reason(s):

_____ 1. The nonexempt earnings statement is incorrectly filled out.

_____ 2. I do not owe the money to the Government as it says I do.

_____ 3. Other: _____

_____

_____ 4. I request that this proceeding be transferred to _____ because _____

_____

___✓___ 5. I claim the following exemption(s):
MEDICAL deductions + 401K deduction

Date: __11-23-04__

_____
Signature

__Kiadda Kendell__
Type or print full name

__53 Dale St__
Home address

__Stamford, CT 06902__
City, State, Zip Code

__(203) 355-1810__
Home phone number

__(203) 222-1101__
Work phone number

2

Mail your original Request to:

>United States District Court
>Office of The Clerk
>915 Lafayette Blvd.,
>Bridgeport, Connecticut 06103

Send a copy of your request to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut  06510
>(203) 821-3700

>Attn: Christine Sciarrino
>Assistant United States Attorney

## C E R T I F I C A T I O N

I, Kiadda Kendall, Defendant hereby certify that I mailed the Request for Hearing on Wage Garnishment to the Clerk, United States District Court, 915 Lafayette Blvd., Bridgeport, Connecticut 06604, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church  Street, New Haven, Connecticut 06510 and to Volvo of Westport, 556 Post Road East, Westport, CT 06880 on this _23_ day of _NOV._____, 2004.

_____
Kiadda Kendall

3