UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | : |
| v. | : |
| Kiadda Kendall, | : Docket No. 3:01CR57 (AHN) |
| and | : |
| Volvo of Westport<br>556 Post Road East<br>Westport, CT 06880 | : |
| Garnishee. | : |

### ANSWER OF THE GARNISHEE

I, _Richard R. Costello_, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _VOLVO OF WESTPORT_.
  state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the _OFFICE MANAGER_ of Garnishee, a
  (state official title)

corporation, organized under the laws of the State of _CT_

On _11-22_, 2004, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

✓ ___    1.  Defendant was in my/our employ.

           2.  Pay period is ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

11/18/04    Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

11/24/04    Enter date above pay period ends.

           3.  Enter amount of net wages.   Calculate below:

*Please note other Deductions to pay*
*Medical - 62.24 wkly.*
*401 K plan 4% Gross Wages*

(a) Gross Pay                        $ 480.00
(b) Federal income tax               $  49.00
(c) F.I.C.A income tax               $  32.97
(d) State income tax                 $   1.44
Total of tax withholdings            $  83.41
Net Wages (less total of b,c,d)      $ 396.59 *

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim:_____

_____

2

\*\* Check 1 and/or 2 if applicable\*\*

_____   1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Kiadda Kendall,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____   2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
                                    (date)

_____
(state street address, city, state and zip code)

or hand delivered to  <u>556 Post Rd. East   Westport CT.</u>
                     (state actual address of where it was hand
                      delivered)

on  <u>Nov. 23, 2004</u>
       (date)

_____<u>Richard R. Celer</u>_____
              (Affiant's signature)

Subscribed and sworn to before me this 23rd day of
<u>Nov  2004</u>.

_____<u>Peter Themel</u>_____
Notary Public

My Commission expires: _____
              **PETER THEMEL**
              *NOTARY PUBLIC*
              MY COMMISSION EXPIRES AUG. 31, 2005

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>915 Lafayette Blvd.,
>Bridgeport, Connecticut 06103

Mail the check (made payable to the *U. S. District Court)*

Send a **Copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn: Financial Litigation Unit

4