UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 10 57A (AHN)

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

United States of America,  :
v.                         :
Kiadda Kendall,            :
       and                 :
Volvo of Westport          :
556 Post Road East         :
Westport, CT 06880         :
           Garnishee.      :

### REFERRAL TO MAGISTRATE JUDGE

The captioned is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes including trial upon written request by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

___ A ruling on the following pending motions:

___ A settlement conference   (orefmisc/cnf)

___ A scheduling conference   (orefmisc/cnf)

XXX Other: Defendant's Request for Hearing on Wage Garnishment (orefmisc./misc)

SO ORDERED.

Alan H. Nevas,
Senior U.S. District Judge

Dated this 8th day of December, 2004, at Bridgeport, Connecticut.