UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,    :

        v.                   :

                             :    2006 MAR 16  P 12: 07

Kiadda Kendall,              :    DOCKET NO: 3:01CR57 (AHN) DISTRICT COURT
                             :                             PORT CON
        and                  :

                             :
Ohlandt, Greeley,            :
Ruggiero & Perle             :
One Landmark Square, 10th Fl. :
Stamford, CT 06901           :
                Garnishee.   :

## ANSWER OF THE GARNISHEE

I, _Paul Greeley_ , BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name

of _____.
   state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the _Managing Partner_ of Garnishee, a
                    (state/official title)

corporation, organized under the laws of the State of _____

    On _March 9_ , 2006, Garnishee was served with the Writ of

Garnishment.

For the pay period in effect on the date of service:

Yes      No

✓        ___        1.    Defendant was in my/(our) employ.

                    2.    Pay period is ___ weekly, ___ bi-weekly,

                          ✓ semi-monthly, ___ monthly.

___|___                   Enter the date present pay period began.

                          (present means the pay period in which this

                          order and notice of garnishment were

                          served)

___15ᵗʰ___                Enter date above pay period ends.

                    3.    Enter amount of net wages.   Calculate below:

                          (a) Gross Pay                    $ 1,015.63

                          (b) Federal income tax           $    8.03

                          (c) F.I.C.A income tax           $   77.70

                          (d) State income tax             $   13.73

                          Total of tax withholdings        $   99.46

                          Net Wages                        $  916.17  *
                          (less total of b,c,d)

        *Please note that pursuant to 28 U.S.C. § 3205, the government
is entitled to garnish up to 25% for the Defendant's net wages.

        The Garnishee has the following objections, defenses or
setoffs to the Government's right to apply Garnishee's indebtedness
to Defendant upon Government's Claim:_____

_____

2

\*\* Check 1 and/or 2 if applicable\*\*

_____   1.   The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Kiadda Kendall,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____   2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on __3-13-06__ at
(date)

_____
(state street address, city, state and zip code)
or hand delivered to __1 Landmark Square 16th Flm, Stamford, CT 06901__
(state actual address of where it was hand delivered)

on __3-13-06__
(date)

_Pam_

_____
(Affiant's signature)

Subscribed and sworn to before me this _13th_ day of
__March 2006__ .

_Joanne A. Romaniello_
Notary Public

My Commission expires: _____

JOANNE A. ROMANIELLO
NOTARY PUBLIC
My Commission Expires August 31, 2010

The *Original Answer* must be mailed to:

>               United States District Court
>               Office of the Clerk
>               915 Lafayette Blvd.,
>               Bridgeport, Connecticut 06103

Mail the check (made payable to the *U. S. District Court)*

Send a **Copy** of this Answer to:

>               United States Attorney
>               Connecticut Financial Center
>               157 Church Street
>               New Haven, Connecticut 06510
>               Attn:   Financial Litigation Unit